IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WALGREEN OF HAWAII, LLC, | CIVIL NO. 23-00253 JAO-RT |
| Plaintiff, | |
| vs. | STIPULATED JUDGMENT |
| LIN'S PROPERTIES, LLC, | |
| Defendant. | Judge: Hon. Jill. A. Otake<br>No Trial Date |

## **STIPULATED JUDGMENT**

Pursuant to Local Rule 10.5, Walgreen of Hawaii, LLC ("Plaintiff") and Lin's Properties, LLC ("Defendant") consent and agree to the entry of judgment in Plaintiff's favor for the amount of $200,000 in attorney's fees.

Pursuant to Rule 54.2(d), the parties represent that they met and conferred extensively in the preceding weeks regarding Plaintiff's anticipated motion for attorney's fees.  As represented in the parties' prior joint stipulations for an extension of time (*see* ECF No. 90 at 3), the parties narrowed the issues between them, and the above amount reflects a compromise that the parties agree is reasonable in light of the legal and factual issues that would be presented in a motion for attorney's fees.

1

Accordingly, the parties agree that a stipulated judgment obviates the need for the filing of a joint statement pursuant to LR 54.2(e) and motion practice pursuant to LR 54.2(f), (g).

The parties stipulate that Plaintiff is entitled to an award of attorney's fees pursuant to the terms of the lease between Plaintiff and Defendant (ECF No. 34-2), that the amount of fees incurred are reasonable as reflected in the stipulated amount, and that this joint stipulation fully settles the dispute as to the issue of attorney's fees.

Based on the parties' stipulation, the Court finds that Plaintiff is entitled to an award of attorney's fees and ORDERS that an award of $200,000 is granted in Plaintiff's favor.

DATED:  Honolulu, Hawaii, July 19, 2024.

/s/ *Edmund K. Saffery*
EDMUND K. SAFFERY
MATTHEW D.H. EZER

Attorneys for Plaintiff
WALGREEN OF HAWAII, LLC.

2

DATED:  Honolulu, Hawaii, July 19, 2024.

/s/ *David Pernini*
DAVID M. PERNINI, (*Pro Hac Vice*)

Attorney for Plaintiff
WALGREEN OF HAWAII, LLC.

DATED: Honolulu, Hawaii, July 19, 2024.

/s/ *Jesse Schiel*
JESSE W. SCHIEL

Attorney for Defendant
LIN'S PROPERTIES, LLC.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawai'i, July 19, 2024.

Jill A. Otake
United States District Judge

CV No. 23-00253 JAO-RT, *Walgreen of Hawaii, LLC v. Lin's Properties, LLC*,
Stipulated Judgment

3